UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

 Plaintiff/Appellee,　　　　　　　CASE NO. 24-10047

v.　　　　　　　　　　　　　　　　DISTRICT COURT CASE NO. 22-
　　　　　　　　　　　　　　　　　　20152-CR-Moore
ELIZABETH HERNANDEZ,

 Defendant/Appellant.

_____/

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF.

## CERTIFICATE OF INTERESTED PERSONS

 Altonaga, Alyssa—attorney for Defendant

 Becerra, The Hon. Jacqueline—Magistrate Judge

 Carames, Dianne—attorney for Defendant

 Charest-Turken, Gabrielle—Assistant United States Attorney

 Coley, Timothy—Department of Justice

 Fleischer Louis, The Hon. Lauren—Magistrate Judge

 Gonzalez, Juan Antonio—Acting United States Attorney

 Gurskis, Emily—Department of Justice

 Hernandez, Elizabeth—Defendant/Appellant

 Lapointe, Markenzy—United States Attorney

 Litwin, Ashley—attorney for Defendant

1

USA v. Hernandez, 24-10027                                                      C-2 of 2

Matzin, Daniel—Assistant United States Attorney

McAliley, The Hon. Chris—Magistrate Judge

McCabe, The Hon. Ryon—Magistrate Judge

McDougan, Andrew—United States Probation

Moore, the Hon. K. Michael—District Judge

Moss Jr., Reginald (Tony)—attorney for Defendant

Nahra, Annabelle—attorney for Defendant

Otazo-Reyes, The Hon. Alicia—Magistrate Judge

Payerle, Katherine—Department of Justice

Savdie, Katherine—Department of Justice

Scanlon, John—Department of Justice

Seitles, Marc—attorney for Defendant

Tibbitt, Daniel—attorney for Defendant

Tischler, Dustin—attorney for Defendant

Torres, the Hon. Edwin—Magistrate Judge

United States of America—alleged victim

Villar, Yisel—attorney for Defendant

Vora-Puglisi, Sabrina—attorney for Defendant

Undersigned counsel certifies that to my knowledge no publicly traded company or corporation has an interest in the outcome of this appeal.

2

## **MOTION TEXT**

NOW COMES the Appellant, ELIZABETH HERNANDEZ, by and through her undersigned counsel, and moves this Honorable Court to extend the time to file the Appellant's Initial Brief in this case by 60 days, from the current due date of April 29, 2024 until June 29, 2024.

This is the direct appeal of a seven-day healthcare-fraud related trial held before Judge Moore in the Southern District of Florida, and a 240-month (20 year) prison sentence. There was a contested sentencing and various pretrial motions and issues were litigated. Hundreds of lengthy exhibits were introduced at trial. The volume of physical documents, in addition to transcripts, undersigned counsel needs to review and understand to complete this appeal is significant.

Undersigned counsel was not trial counsel and was retained for this appeal approximately one month ago (March 21, 2024).

The defendant is incarcerated and needs to be consulted regarding the issues that will be raised. She has significant experience in the healthcare-related topics at issue in this trial and appeal and obviously is very familiar with the facts and allegations of this case, and wants and deserves to be significantly involved in the appellate process, which requires counsel to meet with her at the facility where she is detained.

An additional two months will give undersigned counsel sufficient time to prepare the Appellant's Initial Brief in this case, and barring unforeseen circumstances no further extensions of time will be requested.

Undersigned counsel has spoken with counsel for the Plaintiff/Government, Assistant United States Attorney Daniel Matzin, who states that he has no objection to this request.

WHEREFORE, the Appellant, ELIZABETH HERNANDEZ, respectfully requests that this Court enter extend the due date for the Appellant's Brief by 60 days, to June 29, 2024.

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitations for motions laid out in Fed. R. App. P. 27(d)(2), and is 260 words in length.

# **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was efiled with the CM/ECF system for the Eleventh Circuit Court of Appeals, and served on all people registered for service through that system, on this 26th day of April, 2024.


         _/s/ Daniel Tibbitt_____

Daniel Tibbitt
Daniel J. Tibbitt, P.A.
1175 NE 125th Street
Suite 404
North Miami, FL 33161
 (305) 384-6160
dan@tibbittlaw.com
Fla.  Bar. No. 816361